
FILED
CLERK, U.S. DISTRICT COURT
Oct. 11, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: JR DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>JOSE STEVEN TABLAS-LOPEZ,<br>DEFENDANT(S). | CASE NUMBER<br>18-MJ-02698<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _defense counsel and government counsel_, IT IS ORDERED that a detention hearing is set for _Friday, October 12_, _2018_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _MARIA A. AUDERO_, in Courtroom _690_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: October 11, 2018

/s/ MARIA A. AUDERO
~~U.S. District Judge~~/Magistrate Judge